UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

GREGORY THOMAS,

    Plaintiff,

v.

BARBARA CURTIS, *et al.*,

    Defendants.

Case No. C05-5495RBL

ORDER ADOPTING REPORT AND RECOMMENDATION

The Court, having reviewed, the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the report and recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The Court adopts the Report and Recommendation;

(2) The motion for injunctive relief is **DENIED.** Plaintiff has not shown he will suffer irreparable injury, a difference in opinion as to diagnosis or treatment does not establish a constitutional violation. <u>Shields v. Kunkle</u>, 442 F.2d 409, 410 (9th Cir. 1971).

(3) The Clerk is directed to send copies of this Order to plaintiff, counsel for defendants, and to the Hon Karen L. Strombom.

DATED this 28th day of January, 2005.

*/s/ Ronald B. Leighton*
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

ORDER - 1